# EXHIBIT C



**STOEL RIVES** LLP
ATTORNEYS AT LAW

600 University Street, Suite 3600
Seattle, Washington 98101
main 206.624.0900
fax 206.386.7500
www.stoel.com
BRIAN C. PARK
BCPark@stoel.com
direct line (206) 386-7542

October 17, 2012

**VIA FACSIMILE AND EXPRESS DELIVERY**

John Baine
Tom Winkler
B&W Sensors LLC
3668 S. Geyer Road, # 200
St. Louis, MO  63127
Fax:  (314) 822-2068

RE:   Infringement of American Traffic Solutions'
         U.S. Patent Nos. 8,184,863 and 8,213,685

Dear Messrs. Baine and Winkler:

This law firm represents American Traffic Solutions ("ATS") in intellectual property enforcement matters. As B&W Sensors LLC ("B&W") knows, ATS is the sole owner of United States Patent Nos. 8,184,863 and 8,213,685 entitled *Video Speed Detection System* and has been in the automated traffic safety and enforcement business since 1992. Enclosed herein are copies of those ATS patents for your convenience.

It has come to ATS's attention that B&W has been making, using, selling, and offering to sell video speed detection systems that infringe ATS's patents under federal law. 35 U.S.C. § 271. Our investigation has also revealed that B&W has been contacting ATS's customers and business contacts in an effort to interfere with ATS's contracts and business relationships by, among other things, making false or misleading statements and touting the benefits of B&W's infringing video speed detection systems. This method of unfair competition constitutes a further violation of ATS's rights under governing federal and state law.

The owner of a patent may seek a court order granting an injunction restraining the manufacture, use, and sale of goods and/or services that infringe a patent. The court may further require the infringing party to pay to the patent owner actual and punitive damages suffered by the patent owner by reason of the infringer's patent violations, tortious interference, and unfair competition. If the patent dispute is deemed to be exceptional, the court may also award the patent owner its reasonable attorneys' fees and costs, among other forms of relief.

The facts indicate that B&W's violations of ATS's patent claims and other rights have been deliberate. We respectfully request that B&W immediately cease and desist all acts of patent infringement, tortious interference, and unfair competition and confirm its discontinuation thereof via written response to this letter without delay. If B&W persists in violating ATS's rights, this will be interpreted by ATS as further confirmation that B&W's patent and other violations have been knowing and willful.

John Baine
Tom Winkler
B&W Sensors LLC
October 17, 2012 | Page 2

    We recommend that B&W consult its legal counsel regarding this matter and request a written response to this letter setting forth B&W's intentions without delay. In addition, we respectfully remind you of your obligations, under state and federal laws governing the spoliation of evidence, to preserve all documents, things, and other forms of evidence in your possession, custody, or control that may be relevant to this dispute.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      STOEL RIVES LLP

                                      Brian C. Park

BCP:mw

Attachment(s):  as noted